

Lorraine@lgrlawgroup.com
WWW.LGAULIRUFO.COM

LORRAINE GAULI-RUFO, ESQ.

NEW JERSEY OFFICE
06 POMPTON AVENUE, SUITE 25
CEDAR GROVE, NJ 07009
(973) 239-4300

HANNAH EAVES, ESQ

NEW YORK OFFICE
347 5ᵀᴴ AVENUE, SUITE 1402
NEW YORK, NY 10016
(646) 205-2259

August 13, 2025

*Via ECF*
Honorable John G. Koeltl
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

      RE: United States v. Jesus Mendez Vargas
         9-CR-941 (JGK)
         Request for Interim Payments

Dear Judge Koeltl:

  I was appointed to represent Jesus Mendez Vargas in the above referenced matter, pursuant to the Criminal Justice Act (CJA). I am writing to respectfully request that the Court permit my defense team and me to submit interim vouchers in this matter. Granting this request would significantly assist in the management of our practice and help us avoid the economic hardship of waiting for this matter to conclude and being cognizant of the fact that CJA payments are currently being held in advance until October.

  We anticipate that this case will continue for a considerable amount of time due to the extensive amount of discovery involved and our client's decision to invoke his right to go to trial. Although my paralegal and I have already dedicated a substantial amount of time to reviewing the discovery received to date, we expect to spend several months reviewing the additional discovery that we anticipate on receiving. Therefore, I respectfully request that Your Honor grants permission to submit interim vouchers for my defense team and me.

Your Honor's time and consideration of this request is greatly appreciated.

                    Respectfully Submitted,

                    *Lorraine Gauli-Rufo*

                    Lorraine Gauli-Rufo, Esq.
                    Attorney for Jesus Mendez Vargas